UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAY WINEGARD, on behalf of himself and all others similarly situated,

                     Plaintiff,

-against-

REGAL MARINE INDUSTRIES, INC. d/b/a WWW.REGALBOATS.COM,

                     Defendants.
-----------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i)

Case No.: 1:21-cv-00108-NGG-RLM

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Jay Winegard and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant REGAL MARINE INDUSTRIES, INC. d/b/a WWW.REGALBOATS.COM, without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated: Manhasset, New York
      April 15, 2021

                                            /s/ Mitchell Segal
                                            _____
                                            Mitchell Segal, Esq.
                                            Law Offices of Mitchell Segal P.C.
                                            Attorney for Plaintiff
                                            1129 Northern Boulevard, Suite 404
                                            Manhasset, NY 11030
                                            (516) 415-0100

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: April 26, 2021